[No. 5477-2-III. Division Three. June 26, 1984.]

GARY D. EARP, ET AL, *Respondents,* v. MAURICE H. CROTEAU, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Benton County, No. 82-2-00791-6, Albert J. Yencopal, J.,

entered October 14, 1982. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and Thompson, JJ.